# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAKA GILBERT,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>STATE COALINGA,<br><br>　　　　　　Respondent. | Case No. EDCV 12-1446-DSF (JEM)<br><br>**JUDGMENT** |

　　　　In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

　　　　IT IS HEREBY ADJUDGED that this action be dismissed without prejudice.

DATED: 4/30/13

　　　　　　　　　　　　　　　　　　　　　　　　DALE S. FISCHER
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE